# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| Erika McCants, an individual; and David Mark Grosso, an individual, <br><br> Plaintiffs, <br><br> v. <br><br> United States Postal Service; Ashton Paul Yager, an individual; et al., <br><br> Defendants. | Case No. 2:24-cv-02063-CDS-DJA <br><br> **Order** |

Before the Court is the United States of America's motion to extend time to respond to Plaintiff's complaint. (ECF No. 2). No party has responded to the motion, constituting their consent to the Court granting it. *See* LR 7-2(d). The Court finds that the United States has demonstrated good cause to extend the deadline to respond and grants the motion. *See* Fed. R. Civ. P. 6(b); *see* LR IA 6-1(a).

**IT IS THEREFORE ORDERED** that the United States' motion to extend time (ECF No. 2) is **granted.** The United States shall have until January 5, 2025 to file a responsive pleading.

DATED: November 21, 2024

---
DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE