SUE FAHAMI
Acting United States Attorney
District of Nevada
Nevada Bar No. 5634

KARISSA D. NEFF
Assistant United States Attorney
Nevada Bar No. 9133
501 Las Vegas Blvd. So., Suite 1100
Las Vegas, Nevada 89101
(702) 388-6336
Karissa.Neff@usdoj.gov

*Attorneys for the United States*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| Erika McCants, an individual; and David Mark Gosso, an individual,<br><br>　　　　　　Plaintiffs,<br>　　v.<br><br>United States Postal Service; Ashton Paul Yager, an individual; DOE Owners I-V; DOE Drivers I-V; ROE Employers I-X; and ROE Companies I-X, inclusive, jointly and severally,<br><br>　　　　　　Defendants. | Case No. 2:24-cv-02063-CDS-DJA<br><br>**STIPULATION TO AMEND COMPLAINT** |

　　　Pursuant to Federal Rule of Civil Procedure 15(a), Erika McCants and David Mark Goss ("Plaintiffs"), through their counsel, and the United States of America ("United States"), on behalf of the Federal Defendant, through undersigned counsel, hereby agree and stipulate and agree as follows:

　　　1.　Plaintiffs filed this action in the Eighth Judicial District Court in Clark County, Nevada, as Case No. A-24-896474-C, on June 29, 2024, for personal injuries allegedly sustained in a traffic accident with a United States Postal Service vehicle.

　　　2.　The Federal Defendant removed this action to the United States District Court for the District of Nevada on November 5, 2024 (ECF No. 1).

3. On November 5, 2024, the Federal Defendant filed a Motion for Extension of Time to File Response to Complaint (ECF No. 2).

4. Plaintiffs did not oppose the United States' Motion for Extension of Time and this Court granted it, ordering that the United States respond to Plaintiffs' complaint by January 5, 2025 (ECF No. 5).

5. On December 30, 2024, the parties filed a Stipulation for Extension of Time to File Response to Complaint (ECF No. 7) that the Court granted, extending the deadline for Federal Defendant to respond to January 28, 2025 (ECF No. 8).

6. Plaintiffs have agreed to amend their complaint to reflect that the United States is the proper defendant in this action.

7. The parties agree that Plaintiffs shall amend their complaint to change the named defendants from "United States Postal Service; Ashton Paul Yager, an individual; DOE Owners I-V; DOE Drivers I-V; ROE Employers I-X; and ROE Companies I-X, inclusive, jointly and severally" to the "United States of America."

8. Plaintiffs shall file their amended complaint no later than February 14, 2025.

9. Federal Defendant shall have through March 7, 2025, to file a response to the amended complaint.

Therefore, the parties request that the Court enter an order that:

1. Plaintiff shall file an amended complaint no later than February 14, 2025, changing the named defendants from "United States Postal Service; Ashton Paul Yager, an individual; DOE Owners I-V; DOE Drivers I-V; ROE Employers I-X; and ROE Companies I-X, inclusive, jointly and severally" to the "United States of America."

2. Federal Defendant shall have through March 7, 2025, to respond to Plaintiffs' amended complaint.

Respectfully submitted this 27th day of February 2025.

SUE FAHAMI
Acting United States Attorney

*/s/ Jacob G. Leavitt*
JACOB G. LEAVITT
4089 Spring Mountain Road
Las Vegas, Nevada 89102

*Attorney for Plaintiff*

*/s/ Karissa D. Neff*
KARISSA D. NEFF
Assistant United States Attorney

*Attorneys for the United States*

**IT IS SO ORDERED:**

_____
**UNITED STATES MAGISTRATE JUDGE**
**DATED:** 1/27/2025