SIGAL CHATTAH
United States Attorney
District of Nevada
Nevada Bar No. 8264

KARISSA D. NEFF
Assistant United States Attorney
Nevada Bar No. 9133
501 Las Vegas Blvd. So., Suite 1100
Las Vegas, Nevada 89101
(702) 388-6336
Karissa.Neff@usdoj.gov

*Attorneys for the United States*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| Erika McCants and David Mark Gosso,<br><br>Plaintiffs<br><br>v.<br><br>United States Postal Service; Ashton Paul Yager, an individual; DOE Owners I-V; DOE Drivers I-V; ROE Employers I-X; and ROE Companies I-X, inclusive, jointly and severally,<br><br>Defendants | Case No. 2:24-cv-02063-CDS-DJA<br><br>**Order Approving** Stipulation to Stay Case Pending Settlement<br><br>**(First Request)**<br><br>[ECF No. 15] |

The undersigned parties, by and through their respective counsel, hereby stipulate and jointly move the Court to stay case for thirty days.

The parties continue to move this process forward without unnecessary delay. However, additional time is needed to finalize the settlement agreement. The above named parties believe they will be able to resolve this matter without continued litigation. This request is not sought for purposes of delay of any other improper purpose, but to facilitate the parties' efforts to resolve the matter in a "just, speedy, and inexpensive" manner consistent with Fed. R. Civ. P.1.

The parties reserve the ability to seek additional time to finalize resolution, if necessary, but anticipate the will be able to file dismissal paperwork prior to the identified deadline.

Respectfully submitted this 20th day of May 2025.

|  |  |
|---|---|
|  | SIGAL CHATTAH<br>United States Attorney |
| /s/ Jacob G. Leavitt<br>JACOB G. LEAVITT<br>4089 Spring Mountain Road<br>Las Vegas, Nevada 89102<br><br>*Attorney for Plaintiff* | /s/ Karissa D. Neff<br>KARISSA D. NEFF<br>Assistant United States Attorney<br><br>*Attorneys for the United States* |

Based on the parties' stipulation, this matter is stayed for thirty days. Accordingly, it is ordered that a dismissal document, or a joint status report addressing settlement, must be filed on June 23, 2025.

_____
**UNITED STATES DISTRICT JUDGE**

**DATED:** May 22, 2025