SIGAL CHATTAH
United States Attorney
District of Nevada
Nevada Bar No. 8264

KARISSA D. NEFF
Assistant United States Attorney
Nevada Bar No. 9133
501 Las Vegas Blvd. So., Suite 1100
Las Vegas, Nevada 89101
(702) 388-6336
Karissa.Neff@usdoj.gov

*Attorneys for the United States*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| Erika McCants, an individual; and David Mark Gosso, an individual,<br><br>                    Plaintiffs<br><br>  v.<br><br>United States Postal Service; Ashton Paul Yager, an individual,<br><br>                    Defendants | Case No. 2:24-cv-02063-CDS-DJA<br><br>**Order Granting Request to Extend the Stay**<br><br>[ECF No. 20] |

The undersigned parties, by and through their respective counsel, file their Joint Status Report pursuant to ECF No. 18 and request to stay this matter through August 7, 2025.

On May 20, 2025, the parties filed a Stipulation to Stay Case to extend all court deadlines in this matter for 30 days to enable them to finalize the settlement reached by the parties in this case. (ECF No. 15).

Federal Defendants' counsel sent Plaintiffs' counsel the settlement agreement on May 9, 2025. Federal Defendants' counsel followed up with Plaintiffs' counsel on June 16, 2025, after not receiving the executed settlement agreement. Plaintiffs' counsel indicated that he

had been preparing for a trial but would follow up with his clients regarding the status. Federal Defendants received the signed settlement agreement on June 23, 2025.

The parties respectfully request that the Court stay all deadlines in this matter for an additional 45 days, **through August 7, 2025**, to enable Federal Defendants to process the payment of the settlement proceeds.

This second request for a stay is not sought for purposes of delay or any other improper purpose, but to facilitate the parties' efforts to finalize the settlement.

Respectfully submitted this 23rd day of June 2025.

|  |  |
|---|---|
| | SIGAL CHATTAH<br>United States Attorney |
| */s/ Jacob G. Leavitt*<br>JACOB G. LEAVITT<br>4089 Spring Mountain Road<br>Las Vegas, Nevada 89102<br><br>*Attorney for Plaintiff* | */s/ Karissa D. Neff*<br>KARISSA D. NEFF<br>Assistant United States Attorney<br><br>*Attorneys for the United States* |

Because the parties need additional time to process the payment of the settlement proceeds, their request for an extension of time is granted. The stay is extended through August 7, 2025. A stipulation of dismissal, or a second joint status report addressing settlement, is due on or before August 7, 2025.

_____
UNITED STATES DISTRICT JUDGE
DATED: June 24, 2025