# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| Erika McCants, et al., | Case No.: 2:24-cv-02063-CDS-DJA |
| Plaintiffs | **Order Directing Parties to File a Dismissal or Joint Status Report** |
| v. | |
| United States Postal Service, et al., | |
| Defendants | |

In June, I granted plaintiffs Erika McCants and David Gosso's and defendants United States Postal Service and Ashton Yager's request to continue the stay of all deadlines in this matter for an additional forty-five days, through August 7, 2025, to allow the defendants to process the payment of the settlement proceeds. Order, ECF No. 21. At that time, the parties were ordered to file a stipulation of dismissal, or a second joint status report addressing settlement, on or before August 7, 2025. *Id.* at 2. That deadline passed without the parties filing the ordered status report or dismissal.

IT IS THEREFORE ORDERED that a stipulation of dismissal, or a joint status report addressing settlement, must be filed by August 21, 2025.

Dated: August 15, 2025

_____
Cristina D. Silva
United States District Judge