SIGAL CHATTAH
Acting United States Attorney
District of Nevada
Nevada Bar No. 8264

KARISSA D. NEFF
Assistant United States Attorney
Nevada Bar No. 9133
501 Las Vegas Blvd. So., Suite 1100
Las Vegas, Nevada 89101
Phone: (702) 388-6336
Karissa.Neff@usdoj.gov

*Attorneys for the United States*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| Erika McCants, an individual; and David Mark Gosso, an individual,<br><br>Plaintiffs<br><br>v.<br><br>United States Postal Service; Ashton Paul Yager, an individual; DOE Owners I-V; DOE Drivers I-V; ROE Employers I-X; and ROE Companies I-X, inclusive, jointly and severally,<br><br>Defendants | Case No. 2:24-cv-02063-CDS-DJA<br><br>**Stipulation to Dismiss** |

///

///

///

///

///

///

The above-named parties by and through their counsel of record, hereby stipulate that this action be, and hereby is, dismissed with prejudice pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, with each party to bear its own costs and fees of suit.

Respectfully submitted this 20th day of August, 2025.

/s/ *Jacob G. Leavitt*
JACOB G. LEAVITT
4089 Spring Mountain Road
Las Vegas, Nevada 89102

*Attorney for Plaintiffs*

SIGAL CHATTAH
Acting United States Attorney

/s/ *Karissa D. Neff*
KARISSA D. NEFF
Assistant United States Attorney

Based on the parties' stipulation, this case is dismissed with prejudice, with each party to bear its own costs and fees. The Clerk of Court is kindly instructed to close this case.

_____
UNITED STATES DISTRICT JUDGE

DATED: August 20, 2025